RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 02-10-09

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| MELVIN SIGUE | CIVIL ACTION NO. 08-0101 |
| VS. | SECTION P |
| RONNIE HEGGER, WARDEN | JUDGE MELANÇON |
| | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that petitioner's breach of plea agreement claim is **DENIED AND DISMISSED WITH PREJUDICE** in accordance with the provisions of Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and that petitioner's ineffective assistance of counsel claim is **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 6th day of February, 2009.

TUCKER L. MELANCON
UNITED STATES DISTRICT JUDGE